**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

THE ESTATE OF C.J. MARSH, by and through its personal representative,

    Plaintiff,

v.

PETER L. MARSH,

    Defendant.

---

## COMPLAINT AND JURY DEMAND

---

Plaintiff, The Estate of C.J. Marsh ("Plaintiff"), through its attorneys, Bohn Aguilar, LLC, states as follows for its Complaint and Jury Demand against Peter L. Marsh ("Defendant"):

### NATURE OF THE CASE

1. Plaintiff is the holder of a Promissory Note in the initial principal amount of $340,000.00 executed by Defendant on September 16, 2014 (the "Note").

2. To date, despite multiple demands for payment, Defendant has not complied with the Note's payment terms and, thus, he is in default. As of the date of this filing, Defendant owes Plaintiff no less than $583,730.07.

### PARTIES

3. Plaintiff is an Estate established, organized and existing under the laws of the State of Nebraska. The personal representative of the Estate is Kristy Dietrich, Dietrich & Sautter, Certified Public Accountants, P.C., having an address and principal place of business at 823 East Third Street, Alliance, Nebraska 69301.

4. Defendant Marsh is an individual who resides at 15612 Candle Creek Drive, Monument, Colorado 80132.

## JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because Plaintiff, and its personal representative, are citizens of Nebraska, Defendant Marsh is a citizen of Colorado, and the amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391, in part, because Defendant resides in this judicial district.

7. Pursuant to the express terms of the Note, Colorado law shall be applied to interpret the terms and conditions of the Note.

## GENERAL ALLEGATIONS

8. C. J. Marsh died on March 9, 2018 a resident and citizen of and domiciled in Box Butte County, Nebraska. On July 31, 2018, Kristy Dietrich was appointed Personal Representative of the Estate of C.J. (Bus) Marsh. A copy of the Letters of Personal Representative reflecting her appointment is attached hereto as **Exhibit 1**.

9. Prior to his death, C.J. Marsh loaned Defendant, his son, $375,000.00 pursuant to the terms of the Note, $340,000.00 at or near the time the Note was created and $35,000.00 in or around March 2015. The Note was signed by Defendant as "Borrower" in the presence of a notary and the original Note was retained by C.J. Marsh. A true and correct copy of the Note is attached and incorporated herein as **Exhibit 2**. Plaintiff has possession of the original Note.

10. Under the terms of the Note, Defendant was to make 180 equal monthly installments in the amount of $3,653.66 until the loan was satisfied. The Note payments included

interest at the rate of ten percent, which was calculated into the Note payments. The Note payments were to begin the sixth month after the Note was executed (i.e., March 10, 2015), and each installment payment was due on the tenth day of each month.

11. Despite the above required payment terms, Defendant has made only one payment of $4,500.00, on January 16, 2018. Because the Note contains an acceleration provision, the entire balance of principal and interest are immediately due and payable to Plaintiff. Pursuant to the express terms of the Note, Defendant agrees to pay all costs and expenses, including reasonable attorney fees, related to the collection of the Note.

## FIRST CLAIM FOR RELIEF
**(Promissory Note/Breach of Contract)**

12. Plaintiff incorporates the allegations contained in paragraphs 1 through 11 above as if fully set forth herein.

13. As set forth above, Defendant entered into a valid, binding and enforceable Note/agreement with Plaintiff.

14. Plaintiff has fully complied with all the provisions of the Note/agreement.

15. Defendant has breached the Note/agreement by, among other things, not paying the amounts due under the terms of the Note/agreement. Defendant is in default under the express payment terms of the Note/agreement.

16. As a result of Defendant's conduct, Plaintiff has been damaged in an amount to be determined at trial. The current amount due on the Note is approximately $583,730.07. Plaintiff also seeks its costs of this litigation, including its reasonable attorney fees. Plaintiff is entitled to

judgment against Defendant upon its First Claim for Relief in accordance with the Demand for Judgment made hereinbelow.

## SECOND CLAIM FOR RELIEF
### (Unjust Enrichment)

17.     Plaintiff incorporates the allegations contained in paragraphs 1 through 16 above as if fully set forth herein.

18.     Plaintiff loaned Defendant $375,000.00.

19.     Plaintiff expected that such loan would be repaid and Defendant agreed to repay the loan.

20.     Should Defendant not return the monies loaned, he will be unjustly enriched to the detriment of Plaintiff.

21.     Plaintiff is entitled to judgment against Defendant upon its Second Claim for Relief in accordance with the Demand for Judgment made hereinbelow.

## DEMAND FOR JUDGMENT

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in its favor and against Defendant as follows:

>    A.     Awarding Plaintiff such actual, compensatory, consequential and incidental damages as it has suffered as a result of the above described conduct alleged in each of the Claims for Relief set forth above;
>
>    B.     Awarding Plaintiff costs it has incurred and will incur in this action, including expert witness fees and attorneys' fees in accordance with the

Note/agreement and applicable law, together with pre-judgment and post-judgment interest; and

C. Awarding such other and further relief as is necessary and appropriate to remedy the harms inflicted by Defendant and losses incurred by Plaintiff so as to fully and properly vindicate the cognizable rights and interests of Plaintiff.

**Plaintiff demands a trial by jury on all issues so triable.**

Respectfully submitted this 1st day of July 2019.

> BOHN AGUILAR, LLC
>
> By: s/ Michael G. Bohn
> Michael G. Bohn
> 355 South Teller Street, Suite 200
> Lakewood, Colorado  80226
> Phone: (303) 832-2494
> Email: mbohn@bohnaguilar.com
>
> ATTORNEYS FOR PLAINTIFF

Plaintiff's address:
Personal Representative of the Estate of C.J. Marsh
Kristy Dietrich
Dietrich & Sautter, Certified Public Accountants, P.C.
823 East Third Street
Alliance, Nebraska 69301